RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE _1/25/11_
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SALVADOR ADAM MENDOZA #14603-081 | DOCKET NO. 10-cv-1015; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| J.P. YOUNG | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and Local Rule 41.3W.

**THUS DONE AND SIGNED** at _Alexandria_, Louisiana, this 25th day of _January_, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE